AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Ohio

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Jamichael Craver | ) | **3:26 mj 120** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ March 27, 2026 _____ in the county of _____ Montgomery _____ in the

_____ Southern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC s. 922(g)(1) & 924(a)(8) | felon in possession of a firearm that moved in interstate commerce |

This criminal complaint is based on these facts:

See Attached Affidavit of Michael T. Fuller

☑ Continued on the attached sheet.

_Michael T. Fuller_
*Complainant's signature*

Michael T. Fuller, TFO of the FBI
*Printed name and title*

Sworn to by reliable electronic means -- namely, telephone.

Date: __3/30/26__

_____
*Judge's signature*

City and state: _____ Dayton, Ohio _____

Peter B. Silvain, Jr., United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Your Affiant, Michael T. Fuller, being duly sworn, hereby deposes and states as follows:

### INTRODUCTION

1.      Your Affiant has been a law enforcement officer with the Dayton Police Department since 2001.  Your Affiant is currently assigned as a Task Force Officer (TFO) on the Federal Bureau of Investigation's Southern Ohio Safe Streets Task Force (SOSSTF).  As such, your Affiant is charged with investigating crimes against the United States of America, including but not limited to violations of Title 18 and Title 21 of the United States Code (U.S.C.).  Your Affiant has received training in drug trafficking investigations and has participated in numerous narcotics-related investigations (ultimately leading to successful prosecution) that involved surveillance, gathering evidence of money laundering, interviewing suspected drug traffickers, and supervising the activities of informants who provided information and assistance which resulted in the seizure of narcotics. Your Affiant is aware the possession of a firearm by a convicted felon is a violation of Title 18, United States Code, Section 922(g)(1).

### PURPOSE OF AFFIDAVIT

2.      This Affidavit is submitted in support of a criminal complaint and seeks the issuance of an arrest warrant against Jamichael Craver for the violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (felon in possession of a firearm).  The information contained in this Affidavit is largely based upon an investigation conducted by your Affiant and other law enforcement officers. All details of the investigation are not included in this Affidavit, but rather only information necessary to establish probable cause of the above-described violation.

## SUMMARY OF PROBABLE CAUSE

3.     On March 27, 2026, Dayton Police Department (DPD) Officers Kyle Harris and Eli Moreland were on patrol in the North Main Street corridor while participating in a Violent Crime Reduction Initiative (VCRI) assisted by Ohio State Highway Patrol (OSHP) Aviation.

4.     While on patrol, Officers Harris and Moreland observed a black Dodge Ram 1500 pickup truck bearing Ohio temporary tag V049167 traveling northbound on Rustic Road, in the City of Dayton, Ohio.  This vehicle immediately drew their attention because it was nearly identical to a vehicle that had fled from them previously, in the same area.

5.     Officer Harris turned their marked City of Dayton police cruiser around to get behind the vehicle.  The vehicle immediately began to accelerate away from them at a high rate of speed, committing numerous traffic violations.  Officer Harris followed the vehicle and initiated their police car's overhead lights and sirens to signal a traffic stop on Valley View Drive just north of Cherry Drive.  The suspect vehicle continued to flee through the neighborhoods as additional police units responded to the area.

6.     OSHP Aviation immediately locked onto the Dodge Ram and began calling out its path of flight until it stopped in front of 2021 Mayfair Road.  Both occupants fled on foot into the neighborhood.  DPD Detective Lane located and arrested the driver, Delaron Barksdale, and DPD Officer Joseph Ambrose located and arrested the passenger, Jamichael Craver.  While Craver was being escorted back to a cruiser, he continued to pull and twist, attempting to break free.  Once at a police cruiser, Craver was searched incident to his arrest.  As a result of this search, a Springfield Hellcat 9mm pistol (serial number BA374634) was located in his right front sweatpants pocket. This weapon was loaded with 13 rounds in the magazine and 1 round in the chamber for a total of 14 live rounds.

7. Also located on Craver's person, in various pockets, was a large amount of United States currency. This money was later counted with the total being $18,106. Both the money and firearm were collected and placed into the DPD Property Room as evidence.

8. Craver was found to be a wanted fugitive with multiple warrants for his arrest. These warrants consisted of the following:

   A. Assault on a Corrections Officer F5 (case number 2024CR02779)

   B. Obstructing Official Business F5 (case number 2024CR02779)

   C. Aggravated Possession of Drugs 100X bulk or more F1 (case number 2024CR01234)

   D. Aggravated Possession of Drugs 100X bulk or more F1 (case number 2024CR01234)

   E. Aggravated Trafficking in Drugs F1 (case number 2024CR01234)

   F. Having Weapons While Under Disability F3 (case number 2024CR01234)

   G. Having Weapons While Under Disability F3 (case number 2024CR01234)

9. Alcohol Tobacco and Firearms Special Agent Chris Reed advised the Springfield Hellcat 9mm pistol is not manufactured in the state of Ohio and as such had to move in interstate commerce to reach Craver in this state.

10. I conducted criminal history records check concerning Craver. In doing so, it was learned Craver had been convicted in the Montgomery County, Ohio Court of Common Pleas of the following felonies, punishable by a term of imprisonment exceeding one year – namely, on September 5, 2013, of Aggravated Robbery, a felony of the first degree, in case number 2013CR00900, and Kidnapping, a felony of the first degree, in case number 2013CR0900. Craver received a five year sentence on each of these charges and therefore knows that he has been

convicted of felony punishable by a term of imprisonment exceeding one year.  He was also convicted on December 3, 2020, of Possession of Cocaine, a felony of the fourth degree, in case number 2019CR03475.

11.    Based on the facts set forth in the Affidavit, your Affiant believes there is probable cause to believe that Jamichael Craver violated 18 U.S.C. §§ 922(g)(1) and 924(a)(8) (felon in possession of a firearm).

*Michael T. Fuller*

Michael T. Fuller
Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me this ____ March 2026.

HONORABLE PETER B. SILVAIN,
UNITED STATES MAGISTRATE JUDGE