## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. |
| Plaintiff, | : | JUDGE |
| v. | : | INDICTMENT |
| JAMICHAEL CRAVER, | : | 18 U.S.C. § 922(g)(1) |
| Defendant. | : | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

MICHAEL J. NEWMAN

### COUNT 1
**(Possession of a Firearm and Ammunition by a Prohibited Person)**

On or about March 27, 2026, in the Southern District of Ohio, the defendant, **JAMICHAEL CRAVER,** knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm and ammunition, and this firearm and ammunition were in and affecting commerce, and had been shipped and transported in interstate and foreign commerce.

**In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **JAMICHAEL CRAVER**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not limited to, a Springfield Hellcat 9mm pistol, bearing serial number BA374634, with any attachments and fourteen rounds of ammunition.

**A TRUE BILL**

S/

**GRAND JURY FOREPERSON**

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**KELLY K. ROSSI**
**ASSISTANT UNITED STATES ATTORNEY**